IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00016-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SAMUEL ROBINSON,

       Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

       Upon petition of the United States and for good cause shown,

       IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce SAMUEL ROBINSON, a.k.a. Samuel Earl Robinson, D.O.B. 1973, Booking No. 0800001205, before United States District Court Judge Richard P. Matsch on February 13, 2008 at 10:00 a.m., for proceedings and appearances upon the charge set forth in the Petition on Supervised Release and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

       SO ORDERED this 5th day of February, 2008.

                                     s/Richard P. Matsch
                                       _____
                                       JUDGE RICHARD P. MATSCH
                                       UNITED STATES DISTRICT COURT
                                       DISTRICT OF COLORADO