IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 00-cr-00016-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. SAMUEL ROBINSON,

        Defendant.
_____

ORDER TO QUASH WRIT OF HABEAS CORPUS AND DIRECTING THAT THE
DEFENDANT BE RETURNED TO EL PASO COUNTY AUTHORITIES
_____

Upon consideration of the Motion to Quash Writ of Habeas Corpus and for Order Directing the Defendant be Returned to El Paso County [78] filed on February 21, 2008, it is

ORDERED that the motion is granted. The defendant will be returned to the custody of El Paso County, Colorado, authorities.

DATED: February 21, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge