# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00016-RPM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMUEL ROBINSON,

    Defendant.

---

## ORDER FOR CONTINUED SUPERVISION DURING REVOCATION PROCESS

---

On January 24, 2008, the defendant was found to be in violation of his conditions of supervised release. The court deferred sentencing for the supervised release revocation pending the outcome of charges filed in El Paso County, Colorado District Court Case No. 08CR0081. Proceedings in Case No. 08CR0081 have been continued beyond the defendant's scheduled supervised release termination date of April 19, 2008.

The defendant is not subject to any pretrial supervision in Case No. 08CR0081. Based on his violation of his supervision requirements and the need for continual monitoring, it is hereby

ORDERED that the defendant comply with the existing conditions of supervised release, pursuant to Rule 32.1(a)(6) and 18 U.S.C. §§ 3143(a) and 3142(b).

DATED at Denver, Colorado, this _18_ day of April, 2008.

BY THE COURT:

_____
RICHARD P. MATSCH
Senior District Judge